**No. 68147.**—E. R. Samsey & Company *v.* United States, protests 61/6231, etc. (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel bandsaws in coils similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.

**No. 68148.**—Julius Feist *v.* United States, protests 62/13380, 63/3526, and 62/17165 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

**No. 68149.**—Carson M. Simon & Co. *v.* United States, protests 63/7320 and 63/7321 (Philadelphia).

Opinion by LAWRENCE, J. An examination of the official papers disclosing that the protests were not filed within the 60-day period provided by section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protests were dismissed as untimely.

**No. 68150.**—Coles Cranes, Inc. *v.* United States, protest 62/9912 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained.